ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS,<br>   Petitioner,<br>  v.<br>KEN CLARK, WARDEN,<br>   Respondent. | Case No. CV 08-08144 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: _____10 16_____, 2009

               JAMES V. SELNA
              UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY